# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

**FILED**
SEP 02 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>vs.<br>Maria Martha Lopez | Case No.<br>1:11-cr-00223-AW1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _Maria Martha Lopez_, have discussed with _Jacob Scott_, Supervising Pretrial Officer, modifications of my release conditions as follows:

Add the following condition: **Your travel shall be restricted to the Eastern District of California, unless otherwise approved in advance by the Pretrial Services Officer.**

All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_/s/ Maria M Lopez_   7-27-11
Signature of Defendant   Date
Maria Martha Lopez

_/s/ Jacob Scott_   7/27/11
Pretrial Services Officer   Date
Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_/s/_   8/3/11
Signature of Assistant United States Attorney   Date
Kevin Rooney

I have reviewed the conditions with my client and concur that this modification is appropriate.

_/s/_   2 Sept 11
Signature of Defense Counsel   Date
David Torres

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on _9/2/11_
[ ] The above modification of conditions of release is *not* ordered.

_/s/ Snyder_   9/2/11
Signature of Judicial Officer   Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services