## United States District Court
### EASTERN DISTRICT OF CALIFORNIA



FILED

JUL 2 4 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

United States of America )
vs. ) Case No. 1:11CR00223 AWI
Maria Martha Lopez )

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Maria Martha Lopez____, have discussed with ____Montgomery L. Olson____, Pretrial Services Officer, modifications of my release conditions as follows:

The condition requiring the defendant to participate in the curfew component of the Location Monitoring Program with electronic monitoring or other location verification system is removed. The defendant shall continue to make payments to BI Monitoring until her monitoring services have been paid in full. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_Maria M Lopez_  7-23-12          _Montgomery L. Olson_  7-23-12
Signature of Defendant   Date     Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_KEVIN ROONE_                     7/23/12
Signature of Assistant United States Attorney     Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_DAVID A. TORRES_                 23 JUL 12
Signature of Defense Counsel      Date

### ORDER OF THE COURT

[X] The above modification of conditions of release is ordered, to be effective on ____7/24/12____
[ ] The above modification of conditions of release is *not* ordered.

_signature_                       7/23/12
Signature of Judicial Officer     Date

cc: U.S. Attorney's Office, Defense Counsel, Pretrial Services