**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
MARIA MARTHA LOPEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MARIA MARTHA LOPEZ<br><br>　　　　　　Defendant, | Case No.: 11-CR-00223AWI<br><br>**STIPULATION AND ORDER TO ALLOW DEFENDANT TO TRAVEL OUT OF STATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: ANTHONY W. ISHII:

　　**COMES NOW** Defendant, MARIA MARTHA LOPEZ, by and through her attorney of record, DAVID A. TORRES hereby requesting that she be allowed to travel out of the state from July 24, 2012 through July 28, 2012.

　　This is a mutual agreement between myself, and United States Attorney Kevin Rooney. This stipulation and proposed order is submitted with the approval of Pretrial Services Officer Monte Olsen.

Dated: July 24, 2012                              /s/ David A. Torres
                                                  DAVID A. TORRES
                                                  Attorney for Defendant
                                                  Maria Martha Lopez


Dated: July 24, 2012                              /s/ Kevin Rooney
                                                  KEVIN ROONEY
                                                  U. S. Attorney


## ORDER

**IT IS SO ORDERED** that the defendant, MARTHA MARIA LOPEZ, may, with the courts permission, travel to Nevada.


IT IS SO ORDERED.

Dated:   July 25, 2012
                                                  _____
                                                  CHIEF UNITED STATES DISTRICT JUDGE