**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
MARIA MARTHA LOPEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MARIA MARTHA LOPEZ<br><br>　　　　　Defendant, | Case No.: 11-CR-00223 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

ANTHONY W. ISHII AND KIRK SHERRIFF, ASSISTANT UNITED STATES ATTORNEY:

　　　**COMES NOW** Defendant, MARIA MARTHA LOPEZ, by and through her attorney of record, DAVID A. TORRES hereby request that the sentencing hearing date currently set for Monday, February 19, 2013 be continued to February 25, 2013 at 10 a.m., or a date convenient to court and counsel.

　　　It is my understanding that AUSA, Kevin Rooney is out of the office this week; the Assistant United States Attorney handling Mr. Rooney's matters in his absence is AUSA, Kirk Sherriff. I spoke to AUSA, Kirk Sherriff on February 14, 2013, and requested a one week continuance to submit additional documentation related to the sentencing statement. Mr. Sherriff

indicated that he did not object to a one week continuance as long as the defense did not object to a government request to continue should it need additional need to respond.

The defendant is willing to continue excluding time through the next court appearance in that the ends of justice in the exclusion outweigh defendant's speedy trial rights.

Based upon the foregoing, I respectfully request that this matter be continued to February 25, 2013.

Dated: February 14, 2013                    /s/ David A. Torres
                                            DAVID A. TORRES
                                            Attorney for Defendant
                                            MARIA MARTHA LOPEZ


Dated: February 14, 2013                    /s/Kirk Sherriff
                                            KIRK SHERRIFF
                                            Assistant U. S. Attorney

# ORDER

**IT IS SO ORDERED**. For the reasons set forth above, the continuance requested is granted for good cause. The court finds the end of justice outweigh the interests of the public and the defendant's rights to a speedy trial.  Therefore, time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:     February 15, 2013

SENIOR  DISTRICT  JUDGE