**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
MARIA MARTHA LOPEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>MARIA MARTHA LOPEZ<br><br>　　　　　　　Defendant, | Case No.: 11-CR-00223 AWI<br><br>**STIPULATION AND ORDER TO CONTINUE  SENTENCING HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

ANTHONY W. ISHII AND KEVIN ROONEY, ASSISTANT UNITED STATES ATTORNEY:

　　　**COMES NOW** Defendant, MARIA MARTHA LOPEZ,  by and through her attorney of record, DAVID A. TORRES hereby request that the sentencing hearing date currently set for Monday, March 11, 2013 be continued to March 25, 2013 at 10 a.m., or a date convenient to court and counsel.

　　　 My associate, Monica Bermudez, appear at the alt hearing. She inadvertently scheduled this matter on a date that I am unavailable.

　　　The defendant is willing to continue excluding time through the next court appearance in that the ends of justice in the exclusion outweigh defendant's speedy trial rights.

Based upon the foregoing, I respectfully request that this matter be continued to March 25, 2013.

Dated: March 7, 2013                                /s/ David A. Torres
                                                    DAVID A. TORRES
                                                    Attorney for Defendant
                                                    MARIA MARTHA LOPEZ


Dated: March 7, 2013                                /s/Kevin Rooney
                                                    KEVIN ROONEY
                                                    Assistant U. S. Attorney


## ORDER

**IT IS SO ORDERED**. For the reasons set forth above, the continuance requested is granted for good cause. The court finds the end of justice outweigh the interests of the public and the defendant's rights to a speedy trial. Therefore, time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).

IT IS SO ORDERED.

Dated:   March 7, 2013                              _____
                                                    SENIOR  DISTRICT  JUDGE