**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
MARIA MARTHA LOPEZ

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>MARIA MARTHA LOPEZ<br><br>　　　　　　　　Defendant, | Case No.: 11-CR-00223 AWI-BAM<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT'S SURRENDER DATE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE:

ANTHONY W. ISHII AND KEVIN ROONEY, ASSISTANT UNITED STATES ATTORNEY:

　　**COMES NOW** Defendant, MARIA MARTHA LOPEZ, by and through her attorney of record, David A. Torres, Kevin P. Rooney, hereby stipulate that the surrender date of the defendant. Maria Martha Lopez, herein, be extended from May 9, 2013 to July 26, 2013, for the following reason:

　　Based upon the information recently received from Mrs. Lopez, her daughter, Laura Garcia, is currently pregnant with twins and was due to give birth sometime mid July.  It has been brought to defendants Lopez attention that her daughter is currently having complications in her pregnancy and is more likely than not going to deliver the twins in an earlier date. Moreover,

she has been informed that due to the complications, her daughter will be transferred to a hospital in the Bay area. Based upon this reason, she is seeking an extension to July 26, 2013.

      Based upon he foregoing good cause is hereby found to extend the surrender date to the aforementioned date. This is a mutual agreement between AUSA Kevin Rooney and United States Pre-Trial Services Officer, Dan Stark.

Dated: May 3, 2013          /s/ David A. Torres
                                        DAVID A. TORRES
                                        Attorney for Defendant
                                        MARIA MARTHA LOPEZ

Dated: May 3, 2013          /s/ Kevin P. Rooney
                                        KEVIN P. ROONEY
                                        Assistant United States Attorney

## **ORDER**

**IT IS SO ORDERED**. Defendants surrender date is extended to **July 26, 2013.**

IT IS SO ORDERED.

Dated:   May 6, 2013

                                                          SENIOR DISTRICT JUDGE