DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lawtorres@aol.com

Attorney for:
MARIA MARTHA LOPEZ

FILED
SEP 20 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

UNITED STATES OF AMERICA,   ) Case No.11-CR-00223 AWI-BAM
                            )
        Plaintiff,           ) **APPLICATION FOR EXONERATION**
                            ) **OF CASH BOND**
    vs.                      )
                            )
MARIA MARTHA LOPEZ,          )
                            )
        Defendant            )

MARIA MARTHA LOPEZ, by and through her attorney of record, David A. Torres, hereby requests an order exonerating the cash bond for reconveyance in this action.

On June 26, 2011 a cash bond was posted for the release of defendant Maria Martha Lopez. The cash bond was posted by Carmen Lopez, receipt number CAE100015736 in the amount of $15,000.00.

On March 25, 2013, Defendant Maria Martha Lopez, was sentenced to 6 months custody. She is currently incarcerated at Dublin Federal Correctional Institute in Dublin, CA serving her sentence.

//

//

Summary of Pleading - 1

1     Therefore, it is respectfully requested that the cash bond in this matter be exonerated and
2 the cash posted as collateral for the bond be reconveyed to Carmen Lopez.

4 DATED: September 13, 2013         */s/David A. Torres*
                                    DAVID A. TORRES
                                    Attorney for Defendant
                                    MARIA MARTHA LOPEZ

## ORDER

**IT IS SO ORDERED** that the cash bond in the above-captioned case be exonerated and cash be reconveyed to Carmen Lopez.

DATED: 9-20-13                          _____
                                    UNITED STATES DISTRICT JUDGE