UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA


M E M O R A N D U M


| | |
|---|---|
| Honorable Anthony W. Ishii | **RE:  Maria Martha Lopez** |
| Senior District Court Judge | **Docket Number:  1:11CR00223-001** |
| Fresno, California | <u>**PERMISSION TO TRAVEL**</u> |
| | <u>**OUTSIDE THE COUNTRY**</u> |


Your Honor:


Maria Martha Lopez is requesting permission to travel to Zinapecuaro, Michoacan in Mexico. She is requesting to travel for a period of two weeks.  She is current with all supervision obligations, and the probation officer recommends approval be granted.


**Conviction and Sentencing Date:**    On March 25, 2013, the offender was sentenced for the offense(s) of 21 USC 856(a)(1), Maintaining a Drug-Involved Premises.


**Sentence Imposed:**   The offender was sentenced to 3 months Bureau of Prisons; 36 months Supervised Release; 3 months Electronic Monitor; Search; Testing.


**Dates and Mode of Travel:**   The offender has requested to travel to Mexico for a period of 2 weeks. She plans on traveling via airplane.  Also traveling with her will be her 17 year old son, her adult daughter, and two minor grandkids.  The offender is waiting for the Court's approval prior to securing an airline ticket.


**Purpose:**   The offender indicated she wishes to travel to Mexico to visit her husband who is a co-defendant in this case and was deported following his term of imprisonment.  She indicated she will be residing with her parents while in Mexico.


1

RE:    **Maria Martha Lopez**
       **Docket Number:  1:11CR00223-001**
       <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

If the Court has any questions or needs additional information please contact this officer at (559) 734-2933.

Respectfully submitted,

/s/ Yasmin Villegas

**YASMIN VILLEGAS**
**Sr. United States Probation Officer**

Dated:    February 5, 2015
          Visalia, California
          Yv

                      /s/ Ben J. Blankenship
**REVIEWED BY:**     **BEN J. BLANKENSHIP**
                     **Sr. United States Probation Officer**

---

## ORDER OF THE COURT

⊠     Approved     ☐     Disapproved

IT IS SO ORDERED.

Dated:   February 6, 2015                    _____
                                             SENIOR  DISTRICT  JUDGE

2